UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 2:17-CV-14186-ROSENBERG/MAYNARD

JULIE SNOW,

    Plaintiff,

v.

HEALTH AND PALLIATIVE SERVICES
OF THE TREASURE COAST, INC.,

    Defendant.

_____/

**ORDER DISMISSING AND CLOSING CASE**

**THIS CAUSE** came before the Court upon Plaintiff's Notice of Voluntary Dismissal [DE 22]. In light of Plaintiff's voluntary dismissal, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this action is **DISMISSED WITHOUT PREJUDICE**.

2. The Clerk of the Court is instructed to **CLOSE THIS CASE**.

3. All pending motions are **DENIED AS MOOT**, all deadlines are **TERMINATED**, and all hearings are **CANCELLED**.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 17th day of July, 2017.

                                                ROBIN L. ROSENBERG
                                              UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record